UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JANE DOE**                                                             **CIVIL ACTION**

**VERSUS**                                                           **No. 20-2466**

**TONTI MANAGEMENT CO., L.L.C., ET AL.**                  **SECTION I**

## ORDER

Before the Court is plaintiff Jane Doe's ("Doe") ex parte motion[1] to proceed anonymously. As discussed with Doe's counsel during a September 11, 2020 telephone conference,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. Doe may, for the moment, proceed under a pseudonym.

**IT IS FURTHER ORDERED** that Doe's counsel shall file a motion under seal seeking to file a sealed copy of the complaint containing Doe's name by **MONDAY, SEPTEMBER 14, 2020 at 5:00 PM**.

New Orleans, Louisiana, September 11, 2020.

                                               _____
                                                     **LANCE M. AFRICK**
                                           **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 3.