UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION NO.: 2:20-cv-2466 |
| VERSUS | HON. JUDGE LANCE M. AFRICK |
| TONTI MANAGEMENT CO., L.L.C., SHERRI ROANE, SALLY BOYER, and LYNN MONTZ | HON. MAG. JUDGE MICHAEL B. NORTH |
| | JURY TRIAL REQUESTED |

MOTION TO RE-OPEN CASE AND FOR RELIEF UNDER THE ALL WRITS ACT

NOW INTO COURT, through undersigned counsel, come Defendants, Tonti Management Co, L.L.C., Sherri Roane, Sally Boyer, Lynn Montz, and APMT Management Services, L.L.C. (collectively referred to herein as "Defendants") and respectfully move this Court for entry of an Order: (1) re-opening the case for the limited purposes of acting upon Defendants' Motion for Relief Under the All Writs Act, Motion for Expedited Consideration and Motion to Enroll Additional Counsel of Record, and (2) pursuant to the All Writs Act, 28 U.S.C. §1651, enjoining proceedings in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, in the matter entitled *State of Louisiana v. APMT Management Services, LLC d/b/a Tonti Management*, No.: 832-045, Division "P," until such time that this matter is fully and finally arbitrated AND dismissed.

Although filed by the State of Louisiana, the state court suit pursues on behalf of Plaintiff, Jane Doe ("Doe"), the same causes of action under the Louisiana Equal Housing Opportunity Act as Doe pursues in this matter. Further, the state court suit seeks entry of judgment against APMT and an award directly to Doe of the same exact relief — injunction, compensatory damages, and punitive damages —that she seeks herein. The State's claim was brought as a result of an investigation initiated and urged by Doe's counsel and is a direct affront to and blatant end-run

around this Court's March 3, 2021 Order & Reasons compelling plaintiff to arbitrate these exact same claims.

WHEREFORE, for the reasons set forth above and as more fully explained in the accompanying Memorandum in support, Defendants move this Court for entry of an Order (1) re-opening the case for the limited purposes requested herein, and (2) in accordance with the All Writs Act, 28 U.S.C. 1651, enjoining the proceedings in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, in the matter entitled *State of Louisiana v. APMT Management Services, LLC d/b/a Tonti Management*, No.: 832-045, Division "P," until such time that this matter is fully and finally arbitrated and dismissed.

Respectfully submitted,

s/ *James C. Rather, Jr.*
_____
JAMES C. RATHER, JR. (#25839), T.A.
ALKER & RATHER, LLC
4030 Lonesome Road, Suite B
Mandeville, LA 70448
Telephone: (985) 727-7501
Fax No.: (985) 727-7507
jrather@alker-rather.com
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

Undersigned hereby certifies that the foregoing pleading was served on counsel of record via the Court's CM/ECF system on September 28, 2022.

s/ *James C. Rather, Jr.*
_____
JAMES C. RATHER, JR.